1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  LEXI NEGIN, SBN #250376
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-5700
5  Fax: (916) 498-5710

6  Attorneys for Defendant
   MARCO GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:21-cr-00108-TLN |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) |
| MARCO GUZMAN, | ) Date: July 15, 2021 |
| Defendant. | ) Time: 9:30 am ) Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Ross Pearson, Assistant United States Attorney, counsel for Plaintiff and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi Negin, counsel for Defendant Marco Guzman, **that the status conference scheduled for July 15, 2021 may be continued to September 23, 2021 at 9:30 am.**

Defense counsel requests additional time to conduct mitigation investigation, discuss potential resolution with the government, confer with her client, and otherwise prepare for trial.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from July 15, 2021 through and including September 23, 2021, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 12, 2021

/s/ Lexi Negin
LEXI NEGIN
Assistant Federal Defender
Attorneys for Defendant
MARCO GUZMAN

Date: July 12, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ Ross Pearson
ROSS PEARSON
Assistant United States Attorney
Attorneys for Plaintiff

Stipulation and Order to Continue Status Conference and Exclude Time -2- *United States v. Guzman*, 2:21-cr-00108-TLN

# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference currently scheduled for July 15, 2021 be continued to September 23, 2021, at 9:30 a.m.. The Court orders the time from July 15, 2021 through September 23, 2021, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to local code T-4 and 18 U.S.C. § 3161(h)(7)(b)(iv), reasonable time necessary for effective preparation of counsel.

IT IS SO ORDERED.

Dated: July 12, 2021

Troy L. Nunley
United States District Judge