UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 10, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MARCO GUZMAN,<br><br>        Defendant. | Case No. 2:21-cr-00108-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARCO GUZMAN, Case No.  2:21-cr-00108-TLN  Charge 18 U.S.C. § 922(g)(1), from custody for the following reasons:

    _____   Release on Personal Recognizance

    __X__   Bail Posted in the Sum of $   50,000.00

        __X__   Unsecured Appearance Bond $   50,000.00

        _____   Appearance Bond with 10% Deposit

        _____   Appearance Bond with Surety

        _____   Corporate Surety Bail Bond

        (Other):  The defendant is ordered released on

        __X__   8/11/2021 at 9:00 a.m. to the custody of Mr. Preston Osbourn.

Issued at Sacramento, California on August 10, 2021 at 8:00 a.m.

*/s/ Jeremy D. Peterson*
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE