HEATHER E. WILLIAMS, SBN #122664
Federal Defender
LEXI NEGIN, SBN #250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
MARCO GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCO GUZMAN,<br><br>Defendant. | Case No. 2:21-cr-00108-TLN<br><br>**STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET FOR CHANGE OF PLEA HEARING ON OCTOBER 28, 2021**<br><br>Date: September 23, 2021<br>Time: 9:30 am<br>Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Ross Pearson, Assistant United States Attorney, counsel for Plaintiff and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi Negin, counsel for Defendant Marco Guzman, **that the Status conference currently set for September 23, 2021 be vacated and a Change of Plea hearing be set for October 28, 2021 at 9:30 am.**

Defense counsel requests additional time to conduct mitigation investigation, discuss potential resolution with the government, confer with her client, and otherwise prepare for trial.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from September 23, 2021 through and including October 28, 2021, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 20, 2021

/s/ Lexi Negin
LEXI NEGIN
Assistant Federal Defender
Attorneys for Defendant
MARCO GUZMAN

Date: September 20, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ Ross Pearson
ROSS PEARSON
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference currently scheduled for September 23, 2021 be continued to October 28, 2021, at 9:30 a.m.. The Court orders the time from September 23, 2021 through October 28, 2021, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to local code T-4 and 18 U.S.C. § 3161(h)(7)(b)(iv), reasonable time necessary for effective preparation of counsel.

IT IS SO ORDERED.

Dated: September 20, 2021

_____
Troy L. Nunley
United States District Judge