HEATHER E. WILLIAMS, SBN #122664
Federal Defender
LEXI NEGIN, SBN #250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
MARCO GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00108-TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING AND EXCLUDE TIME** |
| vs. | |
| MARCO GUZMAN, | Date: October 28, 2021<br>Time: 9:30 am |
| Defendant. | Judge: Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Ross Pearson, Assistant United States Attorney, counsel for Plaintiff and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi Negin, counsel for Defendant Marco Guzman, that the Change of Plea hearing be continued to December 2, 2021 and that the Court exclude time pursuant to local codes T-4 and M due to the unavailability of Mr. Guzman.

On Thursday, October 28, 2021, undersigned counsel was informed that Mr. Guzman was in quarantine and was unable to attend his hearing on October 28, 2021.

Due to Mr. Guzman's current unavailability and defense counsel's inability to meet with him to prepare for his change of plea, the parties agree that failure to grant the requested continuance would deny Mr. Guzman the reasonable time necessary for effective preparation,

taking into account the exercise of due diligence.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded through and including December 2, 2021; pursuant to 18 U.S.C. §3161(h)(3)(A)(B) [defendant unavailable] and (h)(7)(A)and (h)(7)(B)(iv) [reasonable time to prepare] and General Order 479, Local Codes T4 and M.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 28, 2021    /s/ Lexi Negin
LEXI NEGIN
Assistant Federal Defender
Attorneys for Defendant
MARCO GUZMAN


Date: October 28, 2021    PHILLIP A. TALBERT
Acting United States Attorney

/s/ Ross Pearson
ROSS PEARSON
Assistant United States Attorney
Attorneys for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

The Court orders the time excluded from October 28, 2021 to December 2, 2021 from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(3)(A)(B) [defendant unavailable] and (h)(7)(A) and (h)(7)(B)(iv) [reasonable time to prepare] and General Order 479, Local Codes T4 and M.

The Court finds the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. It is further ordered the October 28, 2021 change of plea hearing shall be continued until December 2, 2021, at 9:30 a.m. before the Honorable Troy L. Nunley.

IT IS SO ORDERED.

Dated: October 28, 2021

Troy L. Nunley
United States District Judge